■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v LARRY BRAXTON, Appellant. [601 NYS2d 832] —Appeal by the defendant (1) from a judgment of the Supreme Court, Richmond County (Felig, J.), rendered April 18, 1991, convicting him of attempted criminal sale of a controlled substance in the third degree, upon his plea of guilty, and imposing sentence, and (2) by permission, from an order of the same court (Garry, J.), dated June 23, 1992, which denied his motion pursuant to CPL 440.10 to vacate the judgment of conviction.

Ordered that the judgment and order are affirmed.

The defendant failed to preserve for appellate review the issue that the court failed to impose the sentence promised upon his plea of guilty. In any event, there is no merit to the defendant's claim. Bracken, J. P., Balletta, Eiber, O'Brien and Pizzuto, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RICHARD BRYANT, Appellant. [601 NYS2d 831] —Appeal by the defendant from a judgment of the County Court, Nassau County (Mogil, J.), rendered May 5, 1992, convicting him of criminal possession of a controlled substance in the fifth degree, upon his plea of guilty, and imposing sentence.

Ordered that the judgment is affirmed.

We have reviewed the record and agree with the defendant's assigned counsel that there are no nonfrivolous issues which could be raised on appeal. Counsel's application for leave to withdraw as counsel is granted (see, Anders v California, 386 US 738; People v Paige, 54 AD2d 631; cf., People v Gonzalez, 47 NY2d 606). Thompson, J. P., Sullivan, Miller, Ritter and Santucci, JJ., concur.